Christian W. Waugh
**Waugh PLLC**
201 E. Pine Street
Suite 315
Orlando, FL 32801
321-800-6008
Email: cwaugh@waugh.legal

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA**

Case No. 4:24-cv-00039-MW-MAF

STRIKE 3 HOLDINGS, LLC, a limited liability company,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 73.19.148.8 an individual,

    Defendant.

---

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 73.19.148.8, are voluntarily dismissed with prejudice.

Dated: April 11, 2024                                  Respectfully submitted,

                                                                By: /s/ *Christian W. Waugh*
                                                                Christian W. Waugh
                                                                Waugh PLLC